```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 05489
   ELLA LOUISE A SHEMITIS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-5445


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/17/05 and confirmed on 04/21/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  33514.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS       CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
FORD MOTOR CREDIT CO     SECURED             .00           .00           .00
PAYDAY LOAN STORE        SECURED         2000.00         54.93       2000.00
ECAST SETTLEMENT CORPORA UNSECURED       8676.59           .00       8676.59
ECAST SETTLEMENT CORPORA UNSECURED       2025.02           .00       2025.02
ECAST SETTLEMENT CORPORA UNSECURED       5907.82           .00       5907.82
ECAST SETTLEMENT CORPORA UNSECURED      11089.19           .00      11089.19
ILLINOIS DEPT REVENUE    PRIORITY            .00           .00           .00
INTERNAL REVENUE SERVICE PRIORITY            .00           .00           .00
         Summary of disbursements:
------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  2000.00        .00     27698.62        .00      29698.62
PRINCIPAL PAID      2000.00        .00     27698.62        .00      29698.62
INTEREST PAID         54.93        .00          .00        .00         54.93
TOTAL PAID          2054.93        .00     27698.62        .00      29753.55
The Debtor's attorney, LEGAL HELPERS PC           , was allowed $   2700.00
and was paid $    500.00  direct and $    2200.00  through the plan.

The Trustee received $   1550.70 .

Refunds to the Debtor totaled $       9.75 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 03/13/09              /S/
                             GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 05489 ELLA LOUISE A SHEMITIS